**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2265**
_____

STAFFIONEY CAMPBELL,

              Plaintiff - Appellant,

        v.

JOANN ANDERSON, President, Southeastern Regional Medical
Center; AMY HAMMONDS; JAMES MCLEOD; JESSICA TAYLOR; JACKIE
STRICKLAND; DEAN RUTH; LYNN WHEATLEY; SOUTHEASTERN REGIONAL
MEDICAL CENTER,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  Terrence W. Boyle,
District Judge.  (7:14-cv-00040-BO)

_____

Submitted:  April 23, 2015          Decided:  April 27, 2015

_____

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Staffioney Campbell, Appellant Pro Se.  Benton Louis Toups,
CRANFILL, SUMNER & HARTZOG, LLP, Wilmington, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Staffioney Campbell appeals the district court's order dismissing her employment discrimination complaint and denying her motion to amend the complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Campbell v. Anderson, No. 7:14-cv-00040-BO (E.D.N.C. Oct. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED